IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

RECEIVED
2023 APR 25 P 4: 30
TREY GRANGER, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Ja'Mel Brown )
_____ )
_____ ) 2:23cv232-MHT-CWB
Plaintiff(s), ) CIVIL ACTION NO.
)
)
) JURY DEMAND (MARK ONE)
)
v. Mike Patel ) ☒ YES   ☐ NO
Owner Saveway Truck Plaza )
)
Defendant(s).

COMPLAINT

1. Plaintiff(s)' address and telephone number: 7735 Mobile Hwy, Hope Hull
1036 Mill Street Montgomery, Al 36108. 334-922-7311

2. Name and address of defendant(s): 7735 Mobile Hwy, Hope Hull
Alabama 36043. Mike Patel Saveway Truck Plaza

3. Place of alleged violation of civil rights: 7735 Mobile Hwy, Hope Hull
Alabama 36043

4. Date of alleged violation of civil rights: March 10, 2023

5. State the facts on which you base your allegation that your constitutional rights have been violated: Terminated and Targeted for Complaining on a Toxic work place and "telling on the Co-owner." See Attached Statement for additional facts.

1

6. Relief requested: _Mediation Meeting, Apology, and loss Compensation._

Date: 4-25-2023

Plaintiff(s) Signature

# The Ja'Mel J. Brown Foundation

1036 Mill Street

Montgomery, Alabama 36108

thejameljbrownfoundation@gmail.com

334-922-7311

**Office of the President**

April 25, 2023

To Mike Patel Owner of Saveway Truck Plaza 7735 Mobile Hwy, Hope Hull AL 36043

      Greetings! On March 10, 2023 at 8:00am, I had a meeting with Store Manager Robin Davis Young and her Supervisor Rachel regarding several complaints deeply concerning to me. This conversation lasted over two hours but none of my concerns was properly addressed. The first main concern is that I witnessed one of the Co-owners named Nick touching his penis constantly in the kitchen area of the Travel Center. This made me very uncomfortable every time I looked his way he would touch his penis area.

      When I mentioned this to Robin Davis Young and Rachel in the meeting, I was not taking serious at all. In response to my complaint and concerns, I was told of the things that I do not do on the job. I spoke emotionally several times to the management on how it made me feel as a survivor of child molestation, to see another man touch himself in a way that made me very uncomfortable. Their response was simple "all men adjust frequently its normal."

      At this meeting, I was given two options to talk with him myself on my concern or they will. I was very uncomfortable to talk to Nick so the management talked with him privately. That next day Saturday March 11, 2023 when I went to my job to check the schedule, Robin Davis Young has taken me completely off for a week. I made a call to Robin Davis Young to see why I was not on the schedule for the first time since I been at this job October 5, 2022.

      Robin's response was that Nick the same individual I complained about said, "we needed to cut hours." Ironically, the only employee that had hours cut was I and that took an emotional toll on my life. Why? I took this part time job to help with the expenses and day-to-day operations of my local nonprofit organization that helps youth in Montgomery, Alabama. Just like many other nonprofit organizations across America, I am feeling the finance burden to keep my organization financially stable.

      Prior to my complaint regarding the Co-Owner I have always felt harassed and discriminated against as a Black Male Employee at this store since February 2023. I have asked Robin Davis Young several times to relocate me, so after I was taken off schedule. I was sent to another location in Wetumpka, Al miles away from my home in Montgomery, Al where I also felt there was a target on my back. I started on March 15, 2023 and was terminated on March 23, 2023

      The reason was from the manager at that location "let Ja'Mel know he's no longer needed." The same Supervisor in this situation once again targeted me and made the decision. That day I was emotional torn and did not know what else to do. In the mist of all the turmoil I asked constantly to speak with the Head Owner Mike Patel but was given many excuses why I could not. I was very eager to address my complaints and concerns to him because I felt like he should know as the Owner.

      The Management denied me this opportunity many times, I was criticized for my truths and not taking serious at all. As a longtime Black Civil Rights Activist fighting against discrimination and racism for many years here in America. I never thought the same thing would happen to me on a job. I dedicated my entire life fighting situations like this and it made me feel less than a human being.

I have contacted the proper agency's that deals with these situations. However, due to the financial and emotional burden this company placed on me, I am asking for immediate Court action. My desire is to talk to the Owner Mike Patel and express these concerns. To be compensated for the burden that was placed on me. I have enough, all evidence to back my complaints, and would love to get help from this Court and Mike Patel immediately. This is my statement, complaint, and official address to the Court and named individual.

**Sincerely,**

Ja'Mel Brown

President