IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JA'MEL BROWN,                  )
                               )
     Plaintiff,                )
                               )        CIVIL ACTION NO.
     v.                        )          2:23cv232-MHT
                               )              (WO)
MIKE PATEL, Owner, and         )
SAVEWAY TRUCK PLAZA,           )
                               )
     Defendants.               )
```

OPINION

Plaintiff filed this lawsuit asserting claims of race discrimination in employment.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice because he filed suit before completing the administrative exhaustion process.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 5th day of June, 2023.

                    <u>   /s/ Myron H. Thompson   </u>
                    UNITED STATES DISTRICT JUDGE